910

No. 144.   HEAD ET AL. v. MISSISSIPPI.   Supreme Court of Mississippi.   Certiorari denied.   *Douglas C. Stone* for petitioners.   *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 388.   ERIE STONE CO. ET AL. v. UNITED STATES. C. A. 6th Cir.   Certiorari denied.   *Ross W. Shumaker* and *John J. Kendrick* for petitioners.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 402.   SOLO PRODUCTS CORP. v. FEATHERCOMBS, INC.   C. A. 2d Cir.   Certiorari denied.   *Floyd H. Crews* for petitioner.

No. 406.   POWELL v. MAHER, TRUSTEE IN BANKRUPTCY. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Bolling R. Powell, Jr.,* petitioner, *pro se. Roger Robb* for respondent.

No. 416.   IN RE ALFORD.   Court of Customs and Patent Appeals.   Certiorari denied.   *Charles Hieken* and *David Wolf* for petitioner.   *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the Commissioner of Patents, in opposition.

No. 417.   PINDER ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Jacob Kossman* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.